■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY TERRY, Appellant. [884 NYS2d 193]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed June 27, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Miller, Eng and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL DUSHAIN, Appellant, v ROBERT E. ERCOLE, Respondent. [881 NYS2d 899]—In a habeas corpus proceeding pursuant to CPLR article 70, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Brands, J.), dated November 7, 2007, which, without a hearing, denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

A writ of habeas corpus may not be used for review of issues that have been, or could have been, reviewed on direct appeal or by a postjudgment motion addressed to the court in which an underlying judgment of conviction was rendered (see People ex rel. Almeyda v Schultz, 18 AD3d 582 [2005]; People ex rel. Barnes v Fischer, 303 AD2d 526 [2003]; People ex rel. Pearson v Garvin, 211 AD2d 690, 691 [1995]; People ex rel. Moore v Scully, 189 AD2d 845 [1993]; People ex rel. Benbow v Scully, 189 AD2d 844 [1993]). The allegations in the petition do not warrant departure from traditional orderly procedure (see People ex rel. Keitt v McMann, 18 NY2d 257, 262 [1966]; see also CPL 210.30 [6]). Spolzino, J.P., Angiolillo, Chambers and Lott, JJ., concur.